IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

MICHAEL MYERS,                                    *

                Plaintiff,              *

v.                                                        Case No. 1:23-CV-120 (TES)

                            *

FEDERAL COURTHOUSE TRANSFER
PHILADELPHIA, PA, et al.,                          *

              Defendants.            *

_____

## J U D G M E N T

Pursuant to this Court's Order dated August 2, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 2nd day of August, 2023.

David W. Bunt, Clerk


s/ M. Danielle Morrow, Deputy Clerk